## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moore, Levone E

Printed: 11/25/08

Case Number:  07 B 03376

Judge:  Goldgar, A. Benjamin

Filed:  2/27/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  October 14, 2008

Confirmed:  April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,050.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,936.00 |
| Trustee Fee: |  | 114.00 |
| Other Funds: |  | 0.00 |
| Totals: | 2,050.00 | 2,050.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,514.00 | 1,936.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Bank | Unsecured | 0.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 83.78 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 168.24 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 58.41 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 237.00 | 0.00 |
| 8. | Orchard Bank | Unsecured |  | No Claim Filed |
| 9. | Harris & Harris | Unsecured |  | No Claim Filed |
| 10. | Harris & Harris | Unsecured |  | No Claim Filed |
| 11. | Medical Business Bureau Inc | Unsecured |  | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 13. | Medical Collections | Unsecured |  | No Claim Filed |
| 14. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 15. | Medical Collections | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 17. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 18. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 3,061.43 | $ 1,936.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 94.50 |
| 6.5% | 19.50 |
|  | $ 114.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moore, Levone E

Printed: 11/25/08

Case Number:  07 B 03376

Judge:  Goldgar, A. Benjamin

Filed:  2/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

